# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Cesar Pacheco-Cruz<br>DOB: xx/xx/1988<br>SSN: None<br>Mexican Citizen<br>**VICTIM** | DOCKET NO.<br>*12-10254*<br><br>MAGISTRATE'S CASE NO.<br>*12-10254M* |
| Complaint for violation of Title 18 | United States Code § 111(a) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 19, 2012, at or near Nogales, in the District of Arizona, **Cesar Pacheco-Cruz**, did forcibly assault a Federal law enforcement officer, that is, Agent Bryan Hooper, an officer and employee of the United States Border Patrol, by making physical contact with Agent Hooper and elbowing him in the face. All in violation of Title 18, United States Code, Section 111(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 19, 2012, Agent Bryan Hooper was performing his official duties on behalf of United States Border Patrol when he encountered Cesar Pacheco-Cruz in the Silver Lode neighborhood in Nogales, Arizona, while responding to a sensor activation. Agent Hooper approached Pacheco-Cruz and inquired whether he was a United States citizen, at which point Pacheco-Cruz took off running. Agent Hooper pursued Pacheco-Cruz on foot to a residence where Pacheco-Cruz attempted to jump a backyard fence. When Agent Hooper grabbed Pacheco-Cruz to detain him, Pacheco-Cruz elbowed Agent Hooper in the face. Agent Hooper sustained a swollen and tender cheek.

**MATERIAL WITNESSES IN RELATION TO THE CHARGES:**

| **REC: DETENTION**<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Rui Wang<br>*/signature/*<br>Sworn to before me and subscribed in my presence. | SIGNATURE OF COMPLAINANT (BPA Caitlin Werner) */signature/*<br>OFFICIAL TITLE - BP Border Patrol Agent Prosecutions |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Jacqueline Marshall* | DATE<br>3-20-12 |